*Boykin & Boykin,* for defendant.

---

### 14097.　HULING *v.* HARGETT.

BROYLES, C. J.　The verdict was authorized by the evidence, and none of the grounds of the amendment to the motion for a new trial requires a reversal of the judgment below.

　　　　*Jugment affirmed. Luke and Bloodworth, JJ., concur.*
　　　　　　DECIDED MARCH 7, 1923.

Trover; from Harris superior court — Judge Munro. October 7, 1922.

*J. R. Lunsford,* for plaintiff in error.

*G. W. Huling* contra.